**No. 26-1364**

# In the United States Court of Appeals for the Tenth Circuit

RESTAURANT LAW CENTER, *et al.*,
*Appellants*

v.

CITY AND COUNTY OF DENVER, *et al.*,
*Appellees*

On Appeal from the U.S. District Court for the District of Colorado
No. 1:24-CV-01862, Chief District Judge Phillip A. Brimmer

## Appellants' Unopposed Motion to Extend Time to File Opening Merits Brief, Appendix, and Response Brief


Scott Novak
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001
(202) 639-1316
scott.novak@bakerbotts.com

J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

Daniel B. Rankin
BAKER BOTTS L.L.P.
401 S. 1st Street, Ste. 1300
Austin, TX 78704
(737) 393-7297
daniel.rankin@bakerbotts.com

Pursuant to Federal Rule of Appellate Procedure 26(b) and Tenth Circuit Rule 27.6, Appellants American Hotel & Lodging Association, Colorado Restaurant Association, Home Builders Association of Metropolitan Denver, National Apartment Association, National Association of Home Builders of the United States, National Propane Gas Association, and Restaurant Law Center respectfully request a 30-day extension of time, to and including December 2, 2026, to file their opening brief on the merits and appendix, and an 11-day extension of time, to and including January 15, 2027, for Appellees to file their response brief.

1. On September 15, 2025, this case was docketed and the preliminary record was filed. Appellants thereafter timely filed their entry of appearance, disclosure statements, and transcript order form.

2. On September 22, 2026, this Court received notice that the record was complete and accordingly issued an order requiring Appellants to file their opening brief on the merits and appendix by November 2, 2026.

3. Appellants request a 30-day extension of time to file their opening brief on the merits and appendix. An extension of time is necessary to provide adequate time for Appellants to prepare their opening brief and appendix because multiple associations are joining together on one brief and need time to coordinate with one

another for purposes of the appeal. An extension of time will also accommodate counsel's filing deadlines in other courts.[*]

4. Appellants' requested extension would place Appellees' briefs due on January 4, 2027. In light of the holidays, Appellants request an 11-day extension of time for Appellees to file their response brief, making the new due date January 15, 2027.

5. In accordance with Tenth Circuit Rule 27.1 and 27.6, counsel for Appellants has contacted counsel for Appellees City and County of Denver and Sierra Club regarding this motion. Counsel indicated that Appellees do not oppose this motion so long as their response brief deadline was also extended until January 15, 2027.

---

[*] Counsel for Appellants have, among other deadlines, a hearing on a petition for review in the 98th District Court in Travis County, Texas, on October 7, 2026, *see INV Nylon Chemicals Americas, LLC v, Tex. Comm'n on Envir. Quality*, Cause No. D-1-GN-24-005751; motions for summary judgment in the 215th District Court in Harris County, Texas, due October 7, 2026, *see Abbott v. Union Pacific Railroad Company*, 2021-50330; a brief due October 12, 2026, in *Oregon Business & Industry v. Oregon Environmental Quality Commission*, No. A190547, in the Court of Appeals of Oregon; briefing on a motion to compel arbitration in the U.S. District Court for the Western District of Texas due October 15 and 29, 2026, *see Shah, et al. v. CrowdStreet, Inc.*, No. 1:25-CV-00383-ADA-SH; a brief in *Northwest Environmental Defense Center v. Columbia County*, No. LUBA 2026-061, due October 20, 2026; a jury trial in the 281st District Court in Harris County, Texas, on October 26, 2026, *see Meier v. Independence Contract Drilling, Inc.*, Cause No. 2024-32825; and a reply brief on the merits in the 98th District Court in Travis County, Texas, due October 29, 2026, *see GBRA v. Tex. Comm'n on Envir. Quality*, D-1-GN-24-005700.

6. For these reasons, Appellants respectfully request that this motion be granted and that Appellants be given up to and including December 2, 2026, to file their opening brief and appendix, and that Appellees be given up to and including January 15, 2027, to file their response brief.

Respectfully submitted,

BAKER BOTTS L.L.P.

/s/ *J. Mark Little*
J. Mark Little
910 Louisiana Street
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

Scott Novak
700 K Street NW
Washington, D.C. 20001
(202) 639-1316
scott.novak@bakerbotts.com

Daniel B. Rankin
401 S. 1st Street, Ste. 1300
Austin, TX 78704
(737) 393-7297
daniel.rankin@bakerbotts.com

*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 564 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

*/s/ J. Mark Little*
J. Mark Little

## CERTIFICATE OF SERVICE

I certify that on September 29, 2026, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ J. Mark Little*
J. Mark Little