FILED
United States Court of Appeals
Tenth Circuit

November 10, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

RESTAURANT LAW CENTER, et al.,

Plaintiffs - Appellants,

v.

THE CITY AND COUNTY OF DENVER,

Defendant - Appellee,

and

SIERRA CLUB,

Intervenor Defendant - Appellee.

No. 26-1364
(D.C. No. 1:24-CV-01862-PAB-KAS)
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on Appellants' *Opposed Second Motion to Extend Time to File Opening Merits Brief and Appendix* and Appellees' *Joint Response* thereto.

Upon consideration, the motion is granted. Appellants shall file and serve their opening brief and appendix on or before January 4, 2027.

Entered for the Court

Per Curiam